1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510)763-9967
   Facsimile:  (510)272-0711
4  pollockesq@aol.com

5  Attorney for Defendant
   DYLAN HUDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| UNITED STATES OF AMERICA, | CASE NO. 12-0130-GEB |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR STATUS CONFERENCE** |
| DYLAN HUDSON, | _____ |
| Defendants. | |

   The parties hereby stipulate and ask the Court to continue the date set for status conference as to Dylan Hudson from November 30, 2012 to January 18, 2013 based on the need for further time to reach a settlement in this case.

   The time period from November 30, 2012 to January 18, 2013 would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial.


   Dated:  November 26, 2012        /s/ RANDY SUE POLLOCK
                                    Attorney for Defendant
                                    **DYLAN HUDSON**

1 | Dated: November 26, 2012      /s/ JILL THOMAS
                                  Assistant United States Attorney

4 SO ORDERED:

5 Dated: November 27, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2