1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510)763-9967
   Facsimile:  (510)272-0711
4  pollockesq@aol.com

5  Attorney for Defendant
   DYLAN HUDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  12-0130-GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR STATUS CONFERENCE** |
| DYLAN HUDSON, | _____ |
| Defendants. / | |

The parties hereby stipulate and ask the Court to continue the date set for status conference as to Dylan Hudson from January 18, 2013 to February 15, 2013 based on the need for further time to reach a settlement in this case and the fact that counsel is having Mr. Hudson evaluated by a psychologist.

The time period from January 18, 2013 to February 15, 2013 would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial.

Dated:  December 26, 2012         /s/ RANDY SUE POLLOCK
                                  Attorney for Defendant
                                  **DYLAN HUDSON**

Dated:  December 26, 2012        /s/ JILL THOMAS
                                 Assistant United States Attorney

SO ORDERED:

Dated:  January 2, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge