1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant U. S. Attorney
3  JUSTIN L. LEE
   Special Assistant U.S. Attorney
4  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
5  501 I Street, Suite 10-100
   Sacramento, CA  95814
6  Telephone:  (916) 554-2700

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          2:12-CR-00130-GEB

12          Plaintiff,               PRELIMINARY ORDER OF
                                     FORFEITURE
13     v.

14 DYLAN HUDSON,

15          Defendant.

16

17      Based upon the plea agreement entered into between plaintiff United States of America and

18 defendant Dylan Hudson it is hereby ORDERED, ADJUDGED AND DECREED as follows:

19      1.      Pursuant to 21 U.S.C. § 853(a), defendant Dylan Hudson's interest in the following

20 property shall be condemned and forfeited to the United States of America, to be disposed of

21 according to law:

             a.      $3,500.00 in blank MoneyGram money orders;
22
             b.      Six silver bars;
23
             c.      Four gold coins;
24
             d.      Rigid 6800 watt GenSmart Generator;
25
             e.      Husky HU36511 Generator;
26
             f.      2000 Suzuki Z400 Enduro Sport motorcycle, VIN JS1SK43A3Y2103003; and
27
             g.      2003 Honda Foreman Quad, VIN 478TE260X34209897
28

                                      1
                                                    Preliminary Order of Forfeiture

2.      The above-listed property constitutes property derived, directly or indirectly, from proceeds obtained as a result of the commission of violations of 21 U.S.C. §§ 846 and 841 (a)(1); or property used or intended to be used to commit or facilitate the commission of violations of 21 U.S.C. §§ 846 and 841 (a)(1).

3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Customs and Border Protection, in its secure custody and control.

4.    a.    Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.    This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED.

**Date:  3/6/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2

Preliminary Order of Forfeiture