RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510)763-9967
Facsimile:   (510)272-0711
pollockesq@aol.com

Attorney for Defendant
DYLAN HUDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12-0130-GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR SENTENCING AND TO RESET PROBATION SCHEDULE** |
| DYLAN HUDSON, | |
| Defendant. | _____ |

The parties hereby stipulate and ask the Court to continue the date set for sentencing from June 14, 2013 to July 12, 2013.  Additionally, the parties request that the probation filing schedule be changed due to the late filing of the PSR on May 10, 2013. The parties propose the following filing schedule:

| | |
|---|---|
| Informal Corrections Shall Be Due: | May 31, 2013 |
| Final PSR Shall Be Due: | June 7, 2013 |
| Motion for Corrections Due: | June 14, 2013 |
| Reply Brief Due: | June 18, 2013 |

/ / /

1  AUSA Jill Thomas will be unavailable from June 12-14 and June 20-July 9.
2  Defense counsel is unavailable from May 22-28 and June 6-7.  This new schedule will
3  afford the parties sufficient time to address the issues raised in the draft PSR.

4
5  Dated:  May 13, 2013            /s/ RANDY SUE POLLOCK
                                   Attorney for Defendant
6                                  **DYLAN HUDSON**
7
8  Dated:  May 13, 2013            /s/ JILL THOMAS
                                   Assistant United States Attorney
9
10
11 SO ORDERED:
12 Dated: May 14, 2013
13
14                                 _____
15                                 GARLAND E. BURRELL, JR.
                                   Senior United States District
16                                 Judge
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE
FOR SENTENCING & TO RESET PROBATION SCHEDULE , CR 12-0130-GEB

2