RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510)763-9967
Facsimile:  (510)272-0711
pollockesq@aol.com

Attorney for Defendant
DYLAN HUDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DYLAN HUDSON,<br><br>  Defendants.<br>_____ / | CASE NO.  12-0130-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR FILING MOTION FOR CORRECTIONS**<br>_____ |

The parties hereby stipulate and ask the Court to extend the date for filing defendant's Motion for Corrections from Friday, July 5th to Monday, July 8th. This extension is based on the fact that counsel just received the PSR in this case on Monday, July 1st and just completed a sentencing memorandum in *United States vs. Kevin Derricott*, CR.11-0942-WHA, which is set for sentencing before the Honorable William H. Alsup on Monday, July 8th. The government filed its sentencing memorandum in the *Derricott* case on July 1st and counsel needs to file a reply brief on July 3rd. Sentencing in this case is set for July 19, 2013.

///

///

///

1  ///

2

3  United States Probation Officer Lisa Hage has no objection to this filing on July 8th.

4

5  Dated: July 2, 2013                    /s/ RANDY SUE POLLOCK
                                          Attorney for Defendant
6                                         **DYLAN HUDSON**

7

8  Dated: July 2, 2013                    /s/ JUSTIN LEE
                                          Assistant United States Attorney
9

10

11 SO ORDERED:

12 Dated: July 9, 2013

13

14                                        _____

15                                        GARLAND E. BURRELL, JR.
                                          Senior United States District
16                                        Judge

2