BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
JUSTIN L. LEE
Special Assistant U.S. Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DYLAN HUDSON,<br><br>    Defendant. | 2:12-CR-00130-GEB<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on or about March 7, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Dylan Hudson forfeiting to the United States the following property:

    a.    $3,500.00 in blank MoneyGram money orders;
    b.    Six silver bars;
    c.    Four gold coins;
    d.    Rigid 6800 watt GenSmart Generator;
    e.    Husky HU36511 Generator;
    f.    2000 Suzuki Z400 Enduro Sport motorcycle, VIN JS1SK43A3Y2103003; and
    g.    2003 Honda Foreman Quad, VIN 478TE260X34209897.

AND WHEREAS, beginning on March 15, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a) to be disposed of according to law, including all right, title, and interest of Dylan Hudson.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: August 21, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge