RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:  (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
DYLAN HUDSON

**FILED**

DEC 12 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—oOo—

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DYLAN HUDSON,

    Defendants.
_____/

CASE NO. 12-0130-GEB

**STIPULATION AND [PROPOSED] ORDER TO RETURN PROPERTY**

    The parties hereby stipulate and ask the Court to order the following property, presently in the possession of the Mountain and Valley Marijuana Investigation Team, be returned to Dylan Hudson's mother Susan Snowmountain:

    Item #1-7: A video camera;

    Item# 1-8: LG cell phone;

    Item# 1-9: Misc. Documents, money orders and checks;

    Item# 1-9-G- Misc. Documents;

    Item#1-11: Two silver colored coins;

    Item#1-17: Dylan Hudson's passport;

    Item#5-08: Indicia for Dylan Hudson;

    Item#7-02: Indicia in the name of Matthew Kovacia;

Item#7-04: Indicia for Two Dogs Global;

Item#8-02: Key;

Item#8-03: Miscellaneous Documents

Dated:   September 30, 2014          /s/ RANDY SUE POLLOCK
                                     Attorney for Defendant
                                     **DYLAN HUDSON**

Dated:   September 30, 2014          /s/ JILL THOMAS
                                     Assistant United States Attorney

**SO ORDERED:**

December 12, 2014

GARLAND E. BURRELL, JR.

2