AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:12-cr-00130-GEB   Document 48   Filed 02/06/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America )
v. )
) Case No: 2:12cr130
DYLAN HUDSON )
) USM No: 07807-090
Date of Original Judgment: 8/7/13 )
Date of Previous Amended Judgment: ) David Porter, Asst. Federal Defender
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 81 months **is reduced to** 64 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/27/2007 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 2/5/15

*Judge's signature*

Effective Date: 11/1/2015         Garland E. Burrell, Jr., U.S. District Judge
*(if different from order date)*         *Printed name and title*