UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DYLAN HUDSON,<br><br>　　　　Defendant. | Case No.: 2:12-cr-00130-GEB-1<br><br>**ORDER TO AUTHORIZING PAYMENT FROM DEFENDANT'S INMATE TRUST ACCOUNT** |

　　GOOD CAUSE EXISTING, IT IS HEREBY ORDERED that the funds seized from Defendant DYLAN HUDSON ("Defendant") Inmate Trust Account in the amount of $8,700.00, be turned over for payment to the outstanding restitution obligation imposed against Defendant.

　　IT IS FURTHER ORDERED that the Bureau of Prisons turnover the aforementioned funds to the Clerk of the Court, for payment of Defendant's outstanding restitution obligation. The funds should be made payable to the United States District Court Clerk.

　　IT IS SO ORDERED.

Dated:  April 11, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge