BENJAMIN B. WAGNER
United States Attorney
PATRICK J. SUTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DYLAN HUDSON,<br><br>          Defendant. | Case No.: 2:12-CR-00130-1-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE COURT'S APRIL 11, 2016 ORDER AUTHORIZING PAYMENT FROM DEFENDANT'S TRUST ACCOUNT** |

Plaintiff UNITED STATES OF AMERICA, and Defendant DYLAN HUDSON, by and through their respective counsel of record, hereby stipulate as follows:

1. On April 7, 2015, Plaintiff filed its Motion to Authorize Payment from Defendant's Inmate Trust Account so that the funds in Defendant's account could be applied to his outstanding restitution obligation pursuant to the above-captioned case. The Court issued an Order granting that Motion on April 11, 2016.

2. Upon service of Plaintiff's Motion, and before the Court ruled on the Motion, Defendant Dylan Hudson voluntarily made a payment in the amount of $4,000.00 towards his restitution obligation.

3. Defendant has further agreed to make an immediate additional payment of $1,500.00 from his inmate trust account to be applied to his outstanding restitution obligation in the above-captioned case.

///

///

1  4. Defendant has also agreed to enter into a payment plan with the United States whereby,
2 following his release from incarceration, he will make monthly payments in the amount of $400.00 until
3 his outstanding restitution obligation in the above-captioned case is satisfied.

4  5. Defendant will immediately provide an updated financial disclosure statement to the
5 United States.

6  6. In view of the foregoing, the parties stipulate and request that the Court's April 11, 2016
7 Order Authorizing Payment from Defendant's Trust Account be vacated.

8 DATED: April 21, 2016

BENJAMIN B. WAGNER
9 United States Attorney

10

/s/ Patrick J. Suter
11 PATRICK J. SUTER
Assistant United States Attorney
12

13 DATED: April 21, 2016

14 /s/ Randy S. Pollock
RANDY S. POLLOCK
15 Attorney for Defendant

16 **ORDER**

17 The Court having received, read, and considered the stipulation submitted by the parties, and
18 good cause appearing therefrom, IT IS ORDERED that the Court adopts the stipulation of the parties in
19 its entirety as its ORDER.  Accordingly, IT IS ORDERED that:

20 The Court's April 11, 2016 ORDER Authorize Payment From Defendant's Trust Account is
21 hereby VACATED in its entirety.

22  IT IS SO ORDERED.
Dated:  April 22, 2016
23

24

25 _____
GARLAND E. BURRELL, JR.
26 Senior United States District Judge

27

28

*Stipulation and [Proposed]Order to Vacate Court's*      2       2:12-CR-00130-1-GEB
*April 11, 2016 Order*