| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN #282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>DYLAN HUDSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-130 GEB |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT/DENY HEARING** |
| vs. | ) | |
| DYLAN HUDSON, | ) | Date: May 25, 2018<br>Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Quinn Hochhalter, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Dylan Hudson**, that the admit/deny hearing scheduled for May 25, 2018 may be vacated and continued to June 22, 2018 at 9:00 a.m.** The Probation Officer does not object to this continuance.

Mr. Hudson's alleged violation of supervised release relate to allegations that are the subject of an upcoming state court proceeding. The parties desire to allow the state court proceeding to resolve prior to resolving the instant petition. Mr. Hudson is out of custody and in compliance with his conditions of release. Because the pending petition alleges a violation of the conditions of supervised release, the provisions of the Speedy Trial Act do not apply.

///

Stipulation and [Proposed] Order to Continue Admit/Deny Hearing   -1-

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | Date: May 21, 2018 | */s/ Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender |
| 5 | | Attorneys for Defendant<br>DYLAN HUDSON |
| 6 | | |
| 7 | Date: May 21, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| 8 | | |
| 9 | | */s/ Quinn Hochhalter*<br>QUINN HOCHHALTER |
| 10 | | Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. Hudson's admit/deny hearing set for May 25, 2018 is continued to June 22, 2018, at 9:00 a.m. before Honorable Garland E. Burrell, Jr.

IT IS SO ORDERED.

Dated: May 22, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge