HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN #282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DYLAN HUDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-130 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT/DENY HEARING** |
| vs. | |
| DYLAN HUDSON, | Date: June 22, 2018<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Quinn Hochhalter, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Dylan Hudson**, that the admit/deny hearing scheduled for June 22, 2018 may be vacated and continued to September 7, 2018 at 9:00 a.m.** The Probation Officer does not object to this continuance.

Mr. Hudson's alleged violation of supervised release relate to allegations that are the subject of an upcoming state court proceeding. The parties desire to allow the state court proceeding to resolve prior to resolving the instant petition. Mr. Hudson is out of custody and in compliance with his conditions of release. Because the pending petition alleges a violation of the conditions of supervised release, the provisions of the Speedy Trial Act do not apply.

///

Stipulation and [Proposed] Order to Continue    -1-
Admit/Deny Hearing

| | |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: June 20, 2018 | */s/ Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>DYLAN HUDSON |
| Date: June 20, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| | */s/ Quinn Hochhalter*<br>QUINN HOCHHALTER<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

Stipulation and [Proposed] Order to Continue     -2-
Admit/Deny Hearing

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status hearing scheduled on June 22, 2018 is continued to September 7, 2018, commencing at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 21, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and [Proposed] Order to Continue      -3-
Admit/Deny Hearing