MCGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-130-GEB |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF TSR STATUS HEARING |
| v. | DATE: August 30, 2019 |
| DYLAN HUDSON, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Admit/Deny hearing on August 30, 2019.

2. By this stipulation, defendant now moves to continue the Admit/Deny Hearing until September 20, 2019.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The probation officer has advised there is another pending state case.

    b) The probation officer would like more time to research whether this will result in a superseding petition.

    c) Counsel for defendant requests that the Court grant this continuance so that any potential violations may be resolved together.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

d) The government does not object to the continuance.

e) There are no Speedy Trial Act Requirements as this is a violation of the Terms of Supervised Release

IT IS SO STIPULATED.

Dated: August 28, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ MICHAEL W. REDDING
MICHAEL W. REDDING
Assistant United States Attorney

Dated: August 28, 2019

/s/JEROME PRICE
JEROME PRICE
Counsel for Defendant
DYLAN HUDSON

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED .

Dated: August 29, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge