# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | Change Evidentiary Hearing to Admit/Deny Hearing in: USA v. DYLAN HUDSON, 2:12-CR-130-GEB | *Date:* | October 30, 2019 |
| *To:* | Shani Furstenau, Courtroom Deputy to the Honorable Garland E. Burrell, Jr. | *From:* | Michael W. Redding U.S. Attorney's Office Eastern District of California |

This case is next on calendar for an Evidentiary Hearing on November 1, 2019. Probation Officer Matthew Faubert has advised the government that he will be filing a corrected superseding petition for violation of the terms of Mr. Hudson's supervised release. Mr. Hudson's counsel, Mr. Price, has advised that, given that filing, Mr. Hudson intends to admit Charges 1 and 2 in the Superseding Petition; the Government will then move to dismiss the remaining Count (3).

As Mr. Hudson now intends to admit Charges 1 and 2, the Government and Defense now jointly request that the Court change the status of the hearing, currently set for November 1, 2019, from an Evidentiary Hearing into an Admit/Deny Hearing. On that date the Parties will request November 22, 2019 for a Dispositional Hearing.

Please contact me at (916) 554-2716 if you have any questions.

cc: Jerome Price
    Matthew Faubert, United States Probation Office