McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>DYLAN HUDSON,<br><br>                Defendant. | CASE NO. 2:12-cr-00130-GEB<br><br>**RELEASE OF LIEN FOR FINE/RESTITUTION** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    Release of the judgment lien obtained herein is hereby acknowledged, and you are requested to enter a Release of Lien for Fine/Restitution. A Notice of Lien for Fine/Restitution was entered by the Sacramento County Recorder, Book 20130823 Page 0917 on August 23, 2013. The Notice of Lien for Fine/Restitution is hereby acknowledged as released as to Defendant Dylan Hudson.

DATED: 3/5/2020

McGREGOR W. SCOTT
United States Attorney

BY: /s/ Lynn Trinka Ernce
LYNN TRINKA ERNCE
Assistant United States Attorney

RELEASE OF LIEN FOR FINE/RESTITUTION